| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |



| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Wilkins, William W | 2. Court or Organization<br><br>U.S.C.A., Fourth Circuit | 3. Date of Report<br><br>05/03/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ⦿ Annual   ○ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>PO Box 10857<br><br>Greenville, SC 29603-0857 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Trustee | Strom Thurmond Foundation |
| 2. | |

FINANCIAL DISCLOSURE OFFICE   2004 MAY -4 P 2:28   RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/03/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Bonds, Fannie Mae | A | Interest | J | T | | | | | |
| 2.  Stock, Templeton Growth Fund | B | Dividend | L | T | | | | | |
| 3.  Money market, UBS (fmrly Paine Webber) | B | Dividend | M | T | | | | | |
| 4.  Stock, First Tennessee Corp. | B | Dividend | L | T | | | | | |
| 5.  Granite Village, Ltd Ptnership, Granite Falls, SC | | None | J | U | | | | | |
| 6.  South Financial Corp (fmrly Carolina First Corp), Stock | D | Dividend | N | T | | | | | |
| 7.  Palmetto Bank, account | A | Interest | M | T | | | | | |
| 8.  Van Kampen Merritt Municipal Trust Fund, Bonds | A | Interest | J | T | | | | | |
| 9.  Seligman South Carolina Tax-Exempt Fund | B | Interest | K | T | | | | | |
| 10.  Eaton Vance Municipals, Bonds | B | Interest | K | T | | | | | |
| 11.  Washington Mutual Investors Fund, Stock | B | Dividend | M | T | | | | | |
| 12.  AIM Aggressive Growth Fund, Mutual Funds | | None | J | T | | | | | |
| 13.  Wachovia Securities (fmrly Prudential Securities), IRA | A | Dividend | L | T | | | | | |
| 14.  American Services, Inc., Stock | E | Dividend | L | T | | | | | |
| 15.  Toys R Us, Inc., Stock | | None | | | Sell | 12-12 | J | -0 | |
| 16.  John Hancock Financial Ind. Fund | | None | J | T | | | | | |
| 17.  Wells Fargo & Co., Stock | B | Dividend | L | T | | | | | |
| 18.  Extended Stay America, Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/03/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Synovus Financial Corp., Stock | A | Dividend | K | T | | | | | |
| 20. Regions Financial Corp., Stock | A | Dividend | J | T | | | | | |
| 21. RWD Technologies, Stock | | None | | | Merger | 09-19 | J | -0 | |
| 22. Boeing Co., Stock | A | Dividend | K | T | | | | | |
| 23. Abbott Laboratories, Stock | B | Dividend | K | T | partial sale | 06-24 | K | -0 | |
| 24. New Commerce Bancorp, Stock | | None | K | T | | | | | |
| 25. American Express, IRA | A | Dividend | L | T | | | | | |
| 26. UIT First Trust, Unit Investment Trust | A | Interest | K | T | | | | | |
| 27. Bank One Corp., Stock | A | Dividend | K | T | | | | | |
| 28. Conagra, Inc., Stock | B | Dividend | | | sell | 05-16 | L | D | |
| 29. Fannie Mae, Stock | B | Dividend | K | T | | | | | |
| 30. Waste Management, Inc., Stock | A | Dividend | L | T | | | | | |
| 31. Grey Wolf, Inc., Stock #1 | | None | K | T | | | | | |
| 32. QWest Communications, Stock #1 | | None | | | sell | 12-12 | J | -0 | |
| 33. Real prop, Court St, Greenville, SC | C | Rent | M | R | | | | | |
| 34. Best Buy, Stock | | None | | | sell | 09-02 | L | E | |
| 35. Grey Wolf, Inc., Stock #2 | | None | J | T | | | | | |
| 36. BMC Corp., Stock | | None | J | T | | | | | |

1. Income/Gain Codes:       A  = $1,000 or less       B  = $1,001-$2,500       C  = $2,501-$5,000       D  = $5,001-$15,000       E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000    G  = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:             J  = $15,000 or less     K  = $15,001-$50,000    L  = $50,001-$100,000    M  = $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,000-$500,000   O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                        P4 = More than $50,000,000
3. Value Method Codes       Q  = Appraisal           R  = Cost (Real Estate Only)   S  = Assessment          T  = Cash/Market
   (See Column C2)           U  = Book Value          V  = Other                 W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/03/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Intel Corp., Stock | A | Dividend | J | T | | | | | |
| 38. Worldcom Group, Stock | | None | | | | | | | |
| 39. Patterson-UTI, Stock | | None | J | T | | | | | |
| 40. Unocal Corp., Stock | A | Dividend | J | T | | | | | |
| 41. Western Carolina, Bonds | B | Interest | L | T | | | | | |
| 42. Growth Fund, Bonds | A | Dividend | K | T | | | | | |
| 43. GMAC, Bonds | B | Interest | K | T | | | | | |
| 44. Walt Disney Co., Stock | A | Dividend | K | T | | | | | |
| 45. Wachovia Corp., Stock | B | Dividend | L | T | | | | | |
| 46. Greater Bay Bancorp, Stock | A | Dividend | J | T | | | | | |
| 47. Pacific Capital Bancorp, Stock | A | Dividend | K | T | | | | | |
| 48. Sovereign Bancorp, Stock #1 | A | Dividend | | | sell | 11-03 | M | F | |
| 49. Gillette Co., Stock | A | Dividend | J | T | | | | | |
| 50. Omi Corp., Stock | | None | L | T | | | | | |
| 51. Cendant Corp., Stock | | None | | | sell | 06-17 | K | D | |
| 52. Chesapeake Energy, Stock | A | Dividend | | | sell | 09-04 | M | E | |
| 53. Home Depot, Stock | A | Dividend | J | T | | | | | |
| 54. Sepracor, Inc., Stock | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/03/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Ford Motor, Stock #1 | A | Dividend | K | T – | | | | | |
| 56. Goodrich Corp., Stock | B | Dividend | L | T | | | | | |
| 57. Loews Corp., Stock | B | Dividend | K | T | | | | | |
| 58. Munimae Midland LLC | A | Dividend | | | sell | 05-16 | K | -0 | |
| 59. Texas Instruments, Stock #1 | A | Dividend | L | T | | | | | |
| 60. Tyco International, Stock #1 | A | Dividend | K | T | | | | | |
| 61. Circuit City, Stock | A | Dividend | K | T | | | | | |
| 62. Liberty All Star Equity Fund | A | Dividend | J | T | | | | | |
| 63. Dryden Tax-Free Money Fund (fmrly Prudential Money Fund) | A | Interest | K | T | | | | | |
| 64. Allied Waste, Stock | | None | L | T | | | | | |
| 65. Carmax, Stock | | None | | | sell | 10-21 | K | D | |
| 66. Charming Shoppes, Stock | | None | K | T | | | | | |
| 67. Hanover Compressor, Stock | | None | K | T | | | | | |
| 68. Koninklijke Philips, Stock | A | Dividend | K | T | | | | | |
| 69. Rite Aid, Stock #1 | | None | L | T | | | | | |
| 70. Tenet Healthcare, Stock | | None | K | T | | | | | |
| 71. Amgen, Inc., Stock | | None | J | T | | | | | |
| 72. Ford Motor, Stock #2 | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/03/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Qwest Communications, Stock #2 | | None | | | sell | 12-29 | J | -0 | |
| 74. Sovereign Bancorp, Stock #2 | A | Dividend | | | sell | 09-02 | J | B | |
| 75. Texas Instruments, Stock #2 | A | Dividend | J | T | | | | | |
| 76. Tyco International , Stock #2 | A | Dividend | K | T | | | | | |
| 77. XM Satellite, Stock | | None | J | T | | | | | |
| 78. Herlong Financial, Stock | | None | J | T | | | | | |
| 79. A Services Group, Stock | | None | J | T | | | | | |
| 80. Vivian Wong, LLC | | None | J | T | | | | | |
| 81. Charleston County, Bonds (NEW) | B | Interest | M | T | buy | 06-23 | M | | |
| 82. El Paso Corp., Stock (NEW) | A | Dividend | | | buy | 02-26 | J | | |
| 83. El Paso Corp., Stock (NEW) | | | | | sell | 07-30 | J | C | |
| 84. Williams Companies, Stock (NEW) | A | Dividend | | | buy | 02-26 | J | | |
| 85. Williams Companies, Stock (NEW) | | | | | sell | 04-01 | J | B | |
| 86. Fairforest of Greenville, LLC (NEW) | | None | J | T | formd ptnshp | 03-15 | J | | |
| 87. Municipal Mtg & Equity, LLC (NEW) | A | Interest | | | buy | 02-13 | K | | |
| 88. Municipal Mtg & Equity, LLC (NEW) | | | | | sell | 12-21 | K | -0 | |
| 89. Bell Road, LLC (NEW) | | None | J | T | formd ptnshp | 04-17 | J | | |
| 90. Agco Corp., Stock #1 (NEW) | | None | K | T | buy | 08-19 | L | | |

1. Income/Gain Codes:        A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:              J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000   M = $100,001-$250,000
   (See Column C1 and D3)     N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal          R = Cost (Real Estate Only)   S = Assessment      T = Cash/Market
   (See Column C2)            U = Book Value         V = Other              W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/03/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. Greenville County, Bonds (NEW) | D | Interest | | | buy | 02-14 | J | | |
| 110. Greenville County, Bonds (NEW) | | | | | redemption | 10-01 | J | -0 | |
| 111. Dorchester County, Bonds (NEW) | B | Interest | | | buy | 01-08 | K | | |
| 112. Dorchester County, Bonds (NEW) | | | | | redemption | 09-02 | K | -0 | |
| 113. SC State Education, Bonds (NEW) | D | Interest | | | buy | 01-02 | M | | |
| 114. SC State Education, Bonds (NEW) | | | | | redemption | 09-02 | M | -0 | |
| 115. Calvert Investments, money mkt (NEW) | A | Dividend | N | T | opened | 01-30 | N | | |
| 116. Federated Muni, money mkt (NEW) | A | Dividend | O | T | opened | 01-10 | O | | |
| 117. Duke Energy, Bonds (NEW) | A | Interest | J | T | buy | 01-12 | J | | |
| 118. Greenville County Airport, Bonds (NEW) | | None | L | T | buy | 12-01 | L | | |
| 119. Horry County, Bonds (NEW) | A | Interest | K | T | buy | 01-01 | K | | |
| 120. Mt. Pleasant 3.0, Bonds (NEW) | B | Interest | L | T | buy | 01-01 | L | | |
| 121. Mt. Pleasant 3.875, Bonds (NEW) | B | Interest | K | T | buy | 01-01 | K | | |
| 122. SC EFA Charleston, Bonds (NEW) | B | Interest | K | T | buy | 03-01 | K | | |
| 123. SC State Hwy, Bonds (NEW) | B | Interest | L | T | buy | 03-01 | L | | |
| 124. Hartford Leaders, Annuity (NEW) | D | Dividend | M | T | buy | 01-27 | L | | |
| 125. Real prop, Oconee County (NEW) | | None | M | T | buy | 05-04 | M | | |
| 126. MetLife Whole Life Policy (NEW) | A | Dividend | J | T | buy | 01-01 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

I. POSITIONS: I serve on a committee which reviews applications and awards scholarships from the Strom Thurmond Foundation to students attending colleges in S. C. I receive no compensation for this work, nor has any member of my family ever benefited in any way from this Foundation.

VII(13): This is a widely-held investment fund in which I exercise no control over the financial interests held by the fund. The account is traded by Wachovia Securities without my direction or advance knowledge. Therefore, the underlying stocks, bonds, or other assets are not required to be listed here.

VII(25): This is a widely-held investment fund in which I exercise no control over the financial interests held by the fund. The account is traded by American Express without my direction or advance knowledge. Therefore, the underlying stocks, bonds, or other assets are not required to be listed here.

VII(33): The purchase price of this real estate was $126,000.

VII(38): Stock has no value.

VII(100): Not reported previously due to value less than $1,000.

VII(104): Not reported previously due to value less than $1,000. Purchased 4/29/02 for $997.

VII(125): The purchase price of this real estate was $135,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature █████████████████          Date **5/3/04**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544